No. 1576. People, Appellee, v. Picó, Appellant.—Viola-

tion of section 2 of the Organic Act. Ponce. November 9, 1920. *Reversed*.